UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHYLLIS A. BERGER and ROBERT BERGER,

          Plaintiffs,   Civil Action No.:
                ~~4:03-cv-00618~~
                5:03-cv-00437

  -vs-

WYETH INC., f/k/a AMERICAN HOME PRODUCTS
CORPORATION and WYETH PHARMACEUTICALS f/k/a
WYETH-AYERST PHARMACEUTICALS, INC.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action shall be, and hereby is dismissed on the merits, without costs to any party as against the other.

This dismissal is with prejudice, and shall not be interpreted as an admission of liability on the part of the defendants, and further shall not give rise to any suggestions or inferences with respect to the merits of this matter.

DATED: February 25, 2011

_____  _____
LAW OFFICES OF RONALD R. BENJAMIN  DLA Piper US, LLP
Ronald R. Benjamin, Esq.       Eric Falkenberry, Esq.
Bar Roll No.: 101131         Bar Roll No.:
Attorneys for Plaintiff         Attorneys for Defendants
126 Riverside Drive, P.O. Box 607    1251 Avenue of the Americas
Binghamton, New York 13902-0607   New York, New York 10020-1104
(607) 772-1442           (212) 335-4633

         SO ORDERED

     _____
     FREDERICK J. SCULLIN, JR.
     SENIOR U.S. DISTRICT JUDGE
       8/8/11